UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:06-cr-00109-GEB |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| BRANDON PAUL SOBB, | |
| Defendant. | |

The evidentiary hearing concerning the petition for violation of supervised release filed April 25, 2013, (ECF No. 62), is bifurcated as follows:

The hearing on charges 2, 3, and 4 remains scheduled to commence at 10:30 a.m. on November 1, 2013; and the hearing on charge 1 is rescheduled to commence at 10:30 a.m. on December 13, 2013.

Dated: October 29, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1